ALFRED TURNER et al., Suing on Behalf of Themselves and All Other Stockholders of American Metal Company, Limited, Similarly Situated, Appellants, *v.* AMERICAN METAL COMPANY, LIMITED, et al., Defendants, and CLIMAX MOLYBDENUM COMPANY et al., Respondents.

Submitted February 25, 1946; decided March 7, 1946.

*Max Tachna* and *Arnold M. Grant* for motion.

*Arthur H. Dean* on behalf of defendants-respondents.

Motion granted and appeal dismissed, without costs.